# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3948

_____

Isaac Dewayne Russell

*Plaintiff - Appellant*

v.

Correctional Medical Services; Dr. Richard Pritchard, Correctional Medical Services; Dr. David Ware, Correctional Medical Services; Shirley Barnes, originally sued as Shirley Banes; Wendy Kelly, Deputy Director, Arkansas Department of Correction; Connie Hubbard, Varner Unit, ADC; Roland Anderson, Regional Medical Director, Correctional Medical Services

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: July 31, 2013
Filed: August 5, 2013
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Isaac Dewayne Russell appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he claimed that defendants were deliberately indifferent to his need for medical treatment for a painful shoulder problem. Upon de novo review of the record, see Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884-85 (8th Cir. 2009), and careful consideration of Russell's arguments for reversal, we affirm. For the reasons stated by the district court in its well-reasoned decision, we agree that summary judgment was warranted on the merits of Russell's claims against Dr. Roland Anderson, Dr. David Ware, and Connie Hubbard, an Advanced Nurse Practitioner.[2] We also find no abuse of discretion in the denial of postjudgment relief. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

———————————————

[1] The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

[2] Russell has waived his claims against the remaining parties, some of whom he does not mention in his appellate brief, by not addressing the reasons the claims against them were dismissed. See Freitas v. Wells Fargo Home Mortg., Inc., 703 F.3d 436, 438 n.3 (8th Cir. 2013).